UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHAWN J. VERBLE,<br><br>Plaintiff,<br><br>v.<br><br>HAMILTON COUNTY SHERIFF, DENNIS QUAKENBUSH, ADVANCED CORRECTIONAL HEALTHCARE, INC., FRANK P. LLOYD, JR., M.D., JENIFFER D. STEELMON, LPN, DEBORAH L. ALLEN, LPN, GAY A. MULLINS LPN, HEATHER R. LYNCH, LPN, and ZBIGNIEW BASINSKI, QMHP,<br><br>Defendants. | ) | Cause No.: 1:23-cv-01656 |

**PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST**

Plaintiff Shawn J. Verble, subject to amendment and addition as allowed by the Federal Rules of Civil Procedure, provides to the Court and to the parties this preliminary witness and exhibit list, and in support thereof avers as follows:

PRELIMINARY WITNESS LIST

1. Plaintiff Shawn Verble
2. Defendant Dennis Quakenbush HCSD
3. Defendant Heather R. Lynch, L.P.N.
4. Defendant Jeniffer D. Steelmon, L.P.N.
5. Defendant Frank P. Lloyd, Jr., M.D.
6. Defendant Deborah L. Allen, L.P.N.
7. Defendant Gay A. Mullins, L.P.N.
8. Defendant Zbigniew Basinski, Q.M.H.P.

9. Deputy Jeff Frolick HCSD
10. Tara Cripps L.P.N.
11. Lauren White L.P.N.
12. Ronni Landes R.N.
13. Becky (last name unknown) of Riverview Fitness and Rehab
14. Sherry (last name unknown) of Riverview Fitness and Rehab
15. Natalie Richards M.D.
16. Hospitalist Abdulateef Aregbe M.D.
17. Erica Shipley D.P.T.
18. Norman Mindrebo M.D.
19. Sara Hannon P.A.
20. Plaintiff has not yet identified, designated, or retained any experts to testify at trial. When such experts are known, appropriate disclosures will be made in accordance with the Federal Rules of Civil Procedure and the Case Management Plan ordered in this case.
21. Any and all physicians, mental health providers, medical personnel, or emergency personnel who treated Plaintiff after his incarceration until the present who are not otherwise listed above.
22. Representative(s) of Advanced Correctional Healthcare, Inc.
23. Any individuals necessary for authentication of documents.
24. Any persons and entities identified by any party in their discovery responses, depositions, witness lists, and Rule 26(a)(1) Initial Disclosures.
25. Any and all witnesses necessary for impeachment or rebuttal.

26. Any and all witnesses necessary to lay foundation for exhibits.

PRELIMINARY EXHIBIT LIST

1. Audio/video of Plaintiff's slip and fall.
2. Photographs taken in Plaintiff's jail cell directly after his slip and fall.
3. Hamilton County Jail narrative report(s) regarding allegations in the complaint.
4. Video of Plaintiff's intake at the Hamilton County Jail on or about November 14, 2021, wherein he informs jail staff that: (a) he is an alcoholic, (b) that he has withdrawn from alcohol in the past, and (c) that he was likely to withdraw from alcohol in this instance.
5. Combined medical records from Riverview Hospital (875 pages).
6. Hamilton County Jail inmate medical history (142 pages).
7. Documents/exhibits received pursuant to Plaintiff's First Set of Discovery Requests.
8. Subject to Plaintiff's continuing obligation to supplement discovery, Plaintiff may have additional documents and/or other items of media not yet in his possession that he intends to use to support his claims, including Curriculum Vitae and other documents used by any expert witness later retained.
9. All recorded statements of witnesses taken in this case by investigators not currently in the possession of Plaintiff.
10. All discovery responses and deposition transcripts taken in this action.
11. All documents identified by the parties in their discovery responses, depositions, exhibit lists, and Rule 26(a)(1) Initial Disclosures.

12. Any and all exhibits necessary for purposes of impeachment or rebuttal and/or required for the purposes of laying the foundation for other documents and exhibits.
13. All exhibits identified by the parties in their preliminary, supplemental and final exhibit lists.

Respectfully Submitted,

/s/ Drew Kirages

Andrew (Drew) J. Kirages, #34077-29
DOLLARD EVANS WHALIN, LLP
920 W. Logan Street, Suite 200
Noblesville, Indiana 46060 | 317-770-7070
drew@dollardevanswhalin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2023 a true and complete copy of the foregoing document was served electronically upon all counsel of record via email generated by the Court's ECF system to the following:

*All electronically ECF Registered Parties and*

Carol A. Dillon, #25549-49
Travis W. Montgomery, #27971-49 BLEEKE DILLON CRANDALL, P.C.
8470 Allison Pointe Blvd., Ste. 420
Indianapolis, IN 46250-4365
Telephone: (317) 567-2222
Facsimile: (317) 567-2220
carol@bleekedilloncrandall.com
travis@bleekedilloncrandall.com

Donald B. Kite, Sr., #11601-41 ATTORNEY AT LAW
8082 Stafford Lane
Indianapolis, IN 46260
317-697-5046
don.kite@gmail.com
*Attorney for Defendant, Hamilton County Sheriff Dennis Quakenbush*

*/s/ Drew Kirages*

______________________________
Andrew Kirages. #34077-29,
*Attorney for Plaintiff Shawn Verble*